UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALLEN DEKEYSER and
MARQUETA DEKEYSER,

        Plaintiffs,

v.                                   Case No. 24-C-0231

MILWAUKEE POLICE OFFICER LEON BURNS,
MILWAUKEE POLICE DETECTIVE SHAUN LESNIEWSKI,
MILWAUKEE POLICE DETECTIVE JOSE FLORES, and
THE CITY OF MILWAUKEE, a Municipal Corporation,

        Defendants.

---

## NOTICE OF WITHDRAWAL OF COUNSEL

        PLEASE TAKE NOTICE that Deputy City Attorney Jennifer L. Williams, hereby moves the Court to accept her withdrawal as counsel for the Defendant, City of Milwaukee, and ask that her name be removed from the court's efiling distribution list.

        Dated and signed at Milwaukee, Wisconsin this 13th day of June, 2024.

                                  EVAN C. GOYKE
                                  City Attorney

                                  s/ Jennifer L. Williams
                                  JENNIFER L. WILLIAMS
                                  Deputy City Attorney
                                  State Bar No. 1058087
                                  *Attorneys for Defendant City of Milwaukee*

**ADDRESS:**
200 East Wells Street
City Hall 800
Milwaukee, WI 53202
414-286-2601 – Telephone
414-286-8550 – Facsimile
Email: jewill@milwaukee.gov
1032-2024-315/291856